# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIE HEPPNER, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF EDUCATION OF THE CITY OF CHICAGO, <br><br> Defendant. | Civil Action No. 1:21-cv-06629 <br><br><br> Honorable John Robert Blakey |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Julie Heppner and Defendant Board Of Education Of The City of Chicago hereby agree to the dismissal of this case with prejudice. Each party shall bear her and its own attorney's fees and costs.

Respectfully submitted on **December 5, 2022**.

AGREED TO BY:

| PLAINTIFF <br> JULIE HEPPNER <br><br> */s/ Cynthia N. Pietrucha* <br><br> Cynthia N. Pietrucha <br> Pietrucha Law Firm, LLC <br> 1717 N. Naper Blvd., Suite 200 <br> Naperville, IL 60563 <br> (630) 344-6370 <br> cpietrucha@pietruchalaw.com | DEFENDANT <br> BOARD OF EDUCATION OF THE CITY OF CHICAGO <br><br> */s/ Christina L. Rosenberg* <br><br> Christina L. Rosenberg <br> Lindsey Goldberg <br> Board of Education of the City of Chicago <br> Law Department <br> 1 North Dearborn, Suite 900 <br> Chicago, IL 60602 <br> (773) 553-1700 <br> CRosenberg@cps.edu <br> legoldberg@cps.edu |

## **CERTIFICATE OF SERVICE**

    I, Cynthia Nicole Pietrucha, Esq., do hereby certify that on December 5, 2022 I caused a true and correct copy of the foregoing **Joint Stipulation of Dismissal** to be served upon Defendant's counsel of record via electronic filing.

                                             By: /s/ Cynthia Nicole Pietrucha
                                                         Attorney for Plaintiff
                                                         Julie Heppner

Cynthia Nicole Pietrucha
Pietrucha Law Firm, LLC
1717 N. Naper Blvd., Suite 200
Naperville, IL 60563
(630) 344-6370
cpietrucha@pietruchalaw.com